UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ICONX CHEMICALS, LLC,

    Plaintiff,

v.

ICONX, LLC, *et al.*,

    Defendants.
_____/

Case No. 25-cv-12978
Hon. Matthew F. Leitman

# ORDER (1) SETTING HEARING ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 4); AND (2) REQUIRING SERVICE

Now before the Court is Plaintiff ICONX Chemicals, LLC's Emergency Ex Parte Motion for a Temporary Restraining Order (ECF No. 4). **IT IS HEREBY ORDERED** that:

(1) The Court will hold a hearing on the Motion on Monday, September 29, 2025, at 10:30am EST in Courtroom 110, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226. Counsel for all parties shall appear and will be given an opportunity to present testimony and evidence.

(2) Counsel for Plaintiff shall personally serve this Order, the Complaint (ECF No. 1), and the Motion (ECF No. 4) on all Defendants as soon as

1

reasonably possible, and shall email the same documents to all Defendants by close of business today, September 23, 2025, at their last known email address.  In addition, counsel for Plaintiff shall call all Defendants at their last known telephone numbers and give oral notice to Defendants of the hearing either in person during the call or by voicemail message.

(3) Counsel for Plaintiff shall file a certificate of service on the docket confirming the service ordered above in paragraph 2 has been completed.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126