UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ICONX CHEMICALS, LLC,

       Plaintiff,

v.

ICONX, LLC, *et al.*,

       Defendants.

Case No 25-cv-12978
Hon. Matthew F. Leitman

_____/

## ORDER (1) TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 16) WITHOUT PREJUDICE; (2) DIRECTING PARTIES TO MEET AND CONFER; AND (3) SETTING DEADLINES FOR FILING OF AMENDED PLEADINGS

On May 12, 2026, the Court held an on-the-record status conference in this action.  For the reasons explained during the conference, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion to dismiss (ECF No. 16) is **DENIED WITHOUT PREJUDICE**;

- Within the next 30 days, the parties shall conduct a substantive meet and confer during which the parties shall share with one another the deficiencies that each party believes exist in the other party's pleadings. The purpose of this meet and confer is to allow each party to address the identified deficiencies in their forthcoming amended pleadings.  Given this

1

meet and confer process, the Court does not anticipate allowing the parties another opportunity to amend to add factual allegations could now be included in an amended pleading. Simply put, this is each party's opportunity to allege any and all additional facts, currently known to each party, that may cure the alleged deficiencies in their claims.

- Plaintiff shall file its First Amended Complaint by no later than **June 15, 2026**;

- Defendants and Third-Party Plaintiffs shall file their First Amended Counterclaim/Amended Third-Party Complaint by no later than **June 26, 2026**;

- Responses to the amended pleadings identified above (*i.e.*, answers or motions to dismiss) shall by filed by no later than **July 24, 2026**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2